IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Precious Brown,<br><br>　　　　PLAINTIFF<br><br>　　v.<br><br>Carolina Children's Home,<br><br>　　　　DEFENDANT | C/A No. 3:13-cv-01228-TLW-TER<br><br><br>**Order** |

　　　　Plaintiff Precious Brown, proceeding *pro se*[1], filed this civil action asserting claims under Title VII of the Civil Rights Act of 1964 and several state law claims. (Doc. #1.) The matter now comes before the Court for review of the Report and Recommendation (Report) filed on March 20, 2014 by Magistrate Judge Thomas E. Rogers III, to whom this case was previously assigned. (Doc. #26.) In the Report, the Magistrate Judge recommends granting Defendant's Partial Motion to Dismiss, (Doc #10), under Rule 41(b) for failure to comply with court orders, as Plaintiff failed to file a response to Defendant's motion. Objections to the Report were due April 7, 2014. Plaintiff did not file any objections to the Report.

　　　　The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

　　　　The Court has carefully reviewed the Report. For the reasons stated by the Magistrate

---

[1] Plaintiff was originally represented by counsel, but her counsel moved to be relieved because of Plaintiff's failure to communicate with him. (Doc. #5.) The motion was granted. (Doc. #15.)

1

...

Judge, the Report is **ACCEPTED** and Defendant's Partial Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

April 28, 2014
Columbia, South Carolina